## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

**Date: 11/10/15**

In re:   Case No.:   07−21598 WIL     Chapter:   13

Wayne A Walter                                          Sherri M Walter
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 59 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $700.00 Filed by Dilks & Knopik, LLC . (Attachments: # 1 Supplement # 2 Supplement) (Anderson, Jolon)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 11/24/15.**

**1. Non−redacted drivers license for Brian Dilks, was not filed.**
**2. Current address identification for Wayne Walter. The Motion, Certificate of Service, Affidavit and W−9 have a different address, than the Drivers License.**

CURE: Please correct the above and filed the pleading with the court by the cure date above.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jolon Anderson  410−962−7964

cc:   Debtor(s)
      Attorney for Debtor(s) − Alex Bognar

Form defntc (11/2013)