

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:   Case No.:   07–21598 – WIL    Chapter:   13**

Wayne A Walter  
156 S. Prospect Street  
Hagerstown, MD 21740  

Sherri M Walter  
156 S. Prospect Street  
Hagerstown, MD 21740  

Deficient Pleading No. – 59

Motion to Withdraw Unclaimed Funds
from Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc: Debtor(s)  
   Attorney(s) for Debtor(s) – Alex Bognar  
   Interested Party – Dilks & Knopik, LLC  
   Case Trustee – Timothy P. Branigan  

### End of Order

14.1 (02/02/2006) – *cadams*