

WENDELIN I. LIPP  
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: 07–21598 – WIL   Chapter: 13

**Wayne A Walter**  
Debtor(s)

**Sherri M Walter**

## ORDER FOR WITHDRAWAL OF FUNDS PAID INTO COURT

Upon consideration of the motion filed by Wayne A Walter and Sherri M Walter, for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $700.00 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Wayne A. Walter  
Sherri M. Walter  
c/o Dilks & Knopik LLC  
35308 SE Center St.  
Snoqualmie, WA 98065–9216

cc:   Claimant – Wayne A. Walter snd Sherri M. Walter  
Claimant's Attorney – Dilks & Knopik LLC

**End of Order**

42x03 (10/03/2011) – *pneal*